IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SCOTT LANDON PITTS                                                                PLAINTIFF

V.                          Case No. 3:24-CV-00217-DPM-BBM

SUSAN DUFFEL,
Nurse, Poinsett County Jail                                                        DEFENDANT

# ORDER

On January 14, 2025, Plaintiff Scott Landon Pitts notified the Court that he has been released from incarceration and is receiving mail through a P.O. Box in Harrisburg, Arkansas. (Doc. 4). If Plaintiff wishes to pursue this lawsuit, he must file an updated *in forma pauperis* motion ("IFP Motion") that reflects his free-world financial status or pay the $405 filing and administrative fees, in full.[1]

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to mail Plaintiff a free-world IFP Motion.

2.      If Plaintiff wishes to pursue this lawsuit, then, **within thirty (30) days of this Order**, he must either: (a) file a completed free-world IFP Motion; or (b) pay the $405 filing and administrative fees owed for this action. If he does not comply with this Order, this case will be dismissed, without prejudice, pursuant to LOCAL RULE 5.5(c)(2).

---

[1] According to Clerk's records, no portion of the filing fee was collected from Plaintiff's institutional account while he was incarcerated. (*See* Doc. 3) (directing that monthly payments be collected and remitted to the Clerk).

SO ORDERED this 27th day of January, 2025.

                                        */s/ Benecia Moore*
                                    UNITED STATES MAGISTRATE JUDGE