# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**SCOTT LANDON PITTS**                                           **PLAINTIFF**

v.                          No. 3:24-cv-217-DPM

**SUSAN DUFFEL, Nurse, Poinsett**
**County Jail**                                                  **DEFENDANT**

## ORDER

1. The Court withdraws the reference.

2. Pitts hasn't paid the filing and administrative fees or filed a completed free-world application to proceed *in forma pauperis*; and his time to do so has passed. *Doc. 5.* Pitts's complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 March 2025