# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SCOTT LANDON PITTS**                                          **PLAINTIFF**

v.                          No. 3:24-cv-217-DPM

**SUSAN DUFFEL, Nurse, Poinsett**
**County Jail**                                                  **DEFENDANT**

## JUDGMENT

Pitts's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 March 2025